AVIVA Y. GORDON, ESQ.
Nevada Bar No. 5333
ELLIS & GORDON
510 S. Ninth Street
Las Vegas, NV 89101
(702) 385-3727
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALDA A. ANDERSON | |
| Plaintiff, | Case No:     2:13-cv-02185-GMN-CWH |
| v. | |
| ASSESSMENT MANAGEMENT SERVICES | STIPULATED ORDER ISSUING PRELIMINARY INJUNCTION AND STAYING PROCEEDINGS UNTIL PLAINTIFF'S ADMINISTRATIVE REMEDIES ARE EXHAUSTED |
| Defendant. | |

### STIPULATED ORDER ISSUING  PRELIMINARY INJUNCTION AND STAYING PROCEEDINGS UNTIL PLAINTIFF'S ADMINISTRATIVE REMEDIES ARE EXHAUSTED

THIS MATTER comes before the Court upon the stipulation of the parties, trough undersigned counsel.

WHEREAS, on November 26, 2013, the Court entered Temporary Restraining Order (EFC # 5), without notice, upon Plaintiff's Ex Parte Motion for Preliminary Injunction (EFC # 3).

WHEREAS, shortly before filing this action, plaintiff filed request for arbitration before the Nevada Real Estate Division.

WHEREAS, plaintiff's exhaustion of her administrative remedies may materially affect these proceedings.

///

Ellis & Gordon
Attorneys at law
510 S. NINTH STREET – LAS VEGAS, NV 89101
PHONE: (702) 385-3727  FACSIMILE: (702) 386-6826

THEREFORE, the parties hereby stipulate to an order with the following terms:

(1) that the requested preliminary injunction be granted;

(2) that the proceedings be stayed until the plaintiff has exhausted her administrative

remedies before the Nevada Real Estate Division; and

(3) the parties shall report to this Court on or before March 28, 2014, to provide this

Court with the status of the administrative proceedings.

Dated:  December 10, 2013.

Respectfully Submitted,

Ellis & Gordon


/s/ Aviva Y. Gordon
Aviva Y. Gordon, Esq.
Nevada Bar No. 5333
510 S. 9th Street
Las Vegas, NV 89101
**Attorneys for Defendant**


/s/ Alda A. Anderson
Alda A. Anderson, Esq.
Nevada Bar No. 8746
2965 S. Jones Blvd. Suite E-4
Las Vegas, NV 89146
Plaintiff

## ORDER

**IT IS SO ORDERED** this 10th day of December, 2013.


Gloria M. Navarro
United States District Judge