# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALDA A. ANDERSON, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:13-cv-02185-GMN-CWH |
| vs. | ) **ORDER**<br>) |
| ASSESSMENT MANAGEMENT SERVICES, EL DORADO NEIGHBORHOOD SECOND HOMEOWNERS' ASSOCIATION, TERRA WEST MANAGEMENT SERVICES, DOES 1 through X, INCLUSIVE, and ROES 1 THROUGH X, inclusive, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Presently before the Court is Plaintiff's Third Status Report (ECF No. 28), filed on June 20, 2016. The Plaintiff shall provide the Court with further reports as administrative proceedings continue.

IT IS HEREBY ORDERED that the Plaintiff file a Fourth Status Report no later than December 20, 2016.

DATED: June 21, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**