# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALDA A. ANDERSON, | Case No. 2:13-cv-02185-GMN-CWH |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| ASSESSMENT MANAGEMEN SERVICES, et al., | |
| Defendants. | |

On August 27, 2018, the court entered an order setting a hearing in this matter for September 13, 2018. (Min. Order (ECF No. 34).) Plaintiff Alda Anderson did not appear at the hearing or notify the court in writing that she would not be able to attend. (Mins. of Proceedings (ECF No. 36).) The court then issued an order to show cause for failure to appear at the September 13th hearing, and ordered plaintiff to appear at a show cause hearing on Wednesday, October 3, 2018. (Order to Show Cause (ECF No. 37).) Plaintiff did not attend the hearing, nor notify the court that she would not be able to attend. (Mins. of Proceedings (ECF No. 38).) Therefore, it appears plaintiff has abandoned this case. Thus, the court will recommend that this case be dismissed without prejudice.

//
//
//
//
//
//
//
//

1  IT IS THEREFORE RECOMMENDED that Alda Anderson's case be DISMISSED without prejudice.

### NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 24, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE